2AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

AD HOC COMMITTEE OF EQUITY
HOLDERS OF TECTONIC NETWORK, INC.

**SUMMONS IN A CIVIL CASE**

v.

AROL WOLFORD; SHERWIN KRUG;
CHARLES MCROBERTS; JOHN MCROBERTS;
CHARLES PECCHIO, JR.; LAURA ROGERS; and
THEO VANDERBOOM

CASE NUMBER: 06-665

TO: (Name and address of Defendant)

**John McRoberts**
**c/o Registered Agent for Tectonic Network, Inc.**
**TAQ Incorporated**
**874 Walker Road, Suite C**
**Dover, DE 19904**

*Pursuant to 10 Del. C. §3114*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linda Richenderfer, Esquire
Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
Wilmington, DE 19806

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              10/31/06
CLERK                                        DATE

*Monica Mosley*
(By) DEPUTY CLERK

2AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | November 1, 2006 |
| NAME OF SERVER (PRINT) Marian Hogan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant  Place where served: TAO, Inc 874 Walker Road Ste C Dover DE 19904 Service Accepted by Grizel Muniz at 12:15 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

☐ Return unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-1-2006
         Date                        Signature of Server: Marian Hogan

15 E. North Street Dover DE 19901
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure