UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM, <br><br> Defendants. | No. 06 - 665 <br><br> **DEMAND FOR JURY TRIAL** |

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that plaintiff AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., by its undersigned attorneys, pursuant to Federal Rule of Civil Procedure 38(b), hereby demands a trial by jury on all issues in this action as to which a right of trial by jury exists.

Dated: November 1, 2006

BIFFERATO, GENTILOTTI,
BIDEN & BALICK

_____
Ian Connor Bifferato (#3273)
Linda Richenderfer (#4138)
Joseph K. Koury (#4272)
1308 Delaware Ave.
Wilmington, DE 19806
Telephone: 302-429-1900
Facsimile: 302-429-8600

- and –

519187-1

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Thomas J. Fleming
Herbert C. Ross, Jr.
65 East 55th Street
New York, New York 10022
Telephone: 212-451-2300
Facsimile: 212-451-2222

*Attorneys for Plaintiff*

519187-1

## **CERTIFICATE OF SERVICE**

I, Joseph K. Koury, hereby certify that on this, the 1st day of November, 2006, copies of the foregoing DEMAND FOR JURY TRIAL were caused to be served upon defendants by serving same by hand upon the following:

AROL WOLFORD
C/O REGISTERED AGENT FOR
TECTONIC NETWORK, INC.,
TAQ INCORPORATED
874 WALKER ROAD - SUITE C
DOVER, DE 19904

SHERWIN KRUG
C/O REGISTERED AGENT FOR
TECTONIC NETWORK, INC.,
TAQ INCORPORATED
874 WALKER ROAD - SUITE C
DOVER, DE 19904

CHARLES MCROBERTS
C/O REGISTERED AGENT FOR
TECTONIC NETWORK, INC.,
TAQ INCORPORATED
874 WALKER ROAD - SUITE C
DOVER, DE 19904

JOHN MCROBERTS
C/O REGISTERED AGENT FOR
TECTONIC NETWORK, INC.,
TAQ INCORPORATED
874 WALKER ROAD - SUITE C
DOVER, DE 19904

CHARLES PECCHIO, JR
C/O REGISTERED AGENT FOR
TECTONIC NETWORK, INC.,
TAQ INCORPORATED
874 WALKER ROAD - SUITE C
DOVER, DE 19904

THEO VANDERBOOM
C/O REGISTERED AGENT FOR
TECTONIC NETWORK, INC.,
TAQ INCORPORATED
874 WALKER ROAD - SUITE C
DOVER, DE 19904

LAURA ROGERS
C/O REGISTERED AGENT FOR
TECTONIC NETWORK, INC.,
TAQ INCORPORATED
874 WALKER ROAD - SUITE C
DOVER, DE 19904

Joseph K. Koury (#4272)

519187-1