IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS<br>OF TECTONIC NETWORK, INC.<br><br>Plaintiff,<br><br>v.<br><br>AROL WOLFORD, SHERWIN KRUG,<br>CHARLES McROBERTS, JOHN McROBERTS,<br>CHARLES PECCHIO, JR., LAURA ROGERS<br>and THEO VANDERBOOM<br><br>Defendants. | Civil Action No. 06-665 |

## ORDER

This 22nd day of November, 2006, the Court having considered Defendants' Motion for Extension of Time, and the parties' arguments relating thereto;

IT IS HEREBY ORDERED that the Motion for Extension of time is GRANTED.

Defendants shall answer, move or otherwise respond to the Complaint by November 28, 2006.

_____
U.S.D.J.