IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.<br><br>                    Plaintiff,<br>          vs.<br><br>AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS and THEO VANDERBOOM<br><br>                    Defendants. | Civil Action No. 06-665 (KAJ) |

## MOTION TO DISMISS

Defendants Arol Wolford, Sherwin Krug, Charles McRoberts, John McRoberts, Charles Pecchio, Jr., Laura Rogers and Theo Vanderboom, respectfully move pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5) to dismiss this action. The grounds for this motion are fully set forth in Defendants' opening brief and supporting papers, filed and served contemporaneously herewith.

Respectfully submitted,

Dated: November 28, 2006        YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
William D. Johnston (No. 2123)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6672
*apoff@ycst.com*

PAUL, HASTINGS, JANOFSKY & WALKER LLP
J. Allen Maines
John G. Parker
Albert M. Myers
Michael D. Grider
600 Peachtree Street, Suite 2400
Atlanta, GA  30308
Telephone:  (404) 815-2400
Facsimile:   (404) 815-2424

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.<br><br>                    Plaintiff,<br>     vs.<br><br>AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS and THEO VANDERBOOM<br><br>                    Defendants. | Civil Action No. 06-665 (KAJ) |

**<u>ORDER</u>**

       This ___ day of _____, 2006, the Court having considered Defendants' Motion to Dismiss, and the parties' arguments relating thereto;

       IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED. The Complaint in the captioned action is hereby DISMISSED.

_____
U.S.D.J.