IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM,<br><br>Defendants. | No. 06-665 |

## PRAECIPE

TO:  Clerk
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

**PLEASE ISSUE AN ALIAS SUMMONS** for service via process server, to serve a copy of the Alias Summons and Complaint upon defendant Charles Pecchio, Jr., 15 Reynolds Lane, Kingston, Georgia 30145-2112.

BIFFERATO, GENTILOTTI, BIDEN & BALICK

/s/ Joseph K. Koury
Ian Connor Bifferato (#3273)
Linda Richenderfer (#4138)
Joseph K. Koury (#42732)
1308 Delaware Avenue
Wilmington, DE 19801
(302) 429-1900
(302) 429-8600 fax
Attorney for Plaintiff

Dated: December 14, 2006