IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM, <br><br> Defendants. | No. 06-665 |

## PRAECIPE

TO: Clerk
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

**PLEASE ISSUE AN ALIAS SUMMONS** for service via process server, to serve a copy of the Alias Summons and Complaint upon defendant Laura Rogers, 1125 Windsor Place Circle, Grayson, Georgia 30017.

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_/s/ Joseph K. Koury_
Ian Connor Bifferato (#3273)
Linda Richenderfer (#4138)
Joseph K. Koury (#42732)
1308 Delaware Avenue
Wilmington, DE 19801
(302) 429-1900
(302) 429-8600 fax
Attorney for Plaintiff

Dated: December 14, 2006