IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM, <br><br> Defendants. | No. 06-665 (KAJ) |

### PLAINTIFFS' APPLICATION FOR ORAL ARGUMENT PURSUANT TO D. DEL. LR 7.1.4

NOW COMES plaintiff Ad Hoc Committee of Equity Holders of Tectonic Network, Inc., by and through its undersigned counsel, and respectfully requests that the Court schedule oral argument as soon as practicable following the completion of briefing on Defendant's *Motion to Dismiss* (D.I. 13), filed on or about November 28, 2006.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: December 15, 2006
Wilmington, DE

/s/ Joseph K. Koury
Ian Connor Bifferato (#3273)
Linda Richenderfer (#4138)
Joseph K. Koury (#4272)
BIFFERATO, GENTILOTTI, BIDEN & BALICK
1308 Delaware Ave.
Wilmington, DE 19806
Telephone: 302-429-1900
Facsimile: 302-429-8600

– and –

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Thomas J. Fleming
Herbert C. Ross, Jr.
65 East 55th Street
New York, New York 10022
Telephone: 212-451-2300
Facsimile: 212-451-2222

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2006, a copy of PLAINTIFFS'

APPLICATION FOR ORAL ARGUMENT PURSUANT TO D. DEL. LR 7.1.4 was

caused to be served upon the following via U.S. Mail:

Adam W. Poff, Esquire
William D. Johnston, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

J. Allen Maines, Esquire
John G. Parker, Esquire
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

Joseph K. Koury (#4272)
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165