IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM, <br><br> Defendants. | No. 06-665 (KAJ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Herbert C. Ross, Jr., Esquire to represent Plaintiff Ad Hoc Committee of Equity Holders of Tectonic Network, Inc. in this matter.

BIFFERATO, GENTILOTTI, BIDEN
& BALICK LLC

_/s/ Joseph K. Koury_
Ian Connor Bifferato (#3273)
Linda Richenderfer (#4138)
Joseph K. Koury (#4272)
1308 Delaware Avenue
Wilmington, Delaware 19899
(302) 429-1900

Attorney for Plaintiff

Dated: Wilmington, Delaware
December 15, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., <br><br>Plaintiff, <br><br>v. <br><br>AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM, <br><br>Defendants. | No. 06-665 (KAJ) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_/s/ Herbert C. Ross_
Herbert C. Ross, Jr., Esquire
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
65 East 55th Street
New York, NY 10022
Telephone: 212-451-2300

Dated: December 15, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM,<br><br>Defendants. | No. 06-665 (KAJ) |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the Motion for Admission Pro Hac Vice of Herbert C. Ross, Esquire to represent Plaintiff Ad Hoc Committee of Equity Holders of Tectonic Network, Inc. is GRANTED.

Date:_____                        _____
                                                                                  United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2006, a copy of Motion and Order for Admission Pro Hac Vice was caused to be served by first class mail, unless otherwise noted, upon the following:

Adam W. Poff, Esquire
William D. Johnston, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

J. Allen Maines, Esquire
John G. Parker, Esquire
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

By: _____
Linda Richenderfer (#4138)
Bifferato Gentilotti Biden & Balick LLC
1308 Delaware Avenue
Wilmington, Delaware 19899
(302) 429-1900