IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS And THEO VANDERBOOM<br><br>　　　　　Defendants. | Civil Action No. 06-665 (***) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the parties hereto and subject to Court approval, that Defendants' time to file and serve a reply brief in support of their motion to dismiss (D.I. 13) is extended from December 19, 2006 to December 22, 2006.

DB01:1269776.1

| BIFFERATO, GENTILOTTI, BIDEN & BALICK, LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Joseph K. Koury*<br>Ian Connor Bifferato (No. 3273)<br>Linda Richenderfer (No. 4138)<br>Joseph K. Koury (No. 4272)<br>1308 Delaware Avenue<br>Wilmington, Delaware 19801<br>(302) 429-1900<br>jkk@bgbblaw.com | */s/*<br>William D. Johnston (No. 2123)<br>Adam W. Poff (No. 3990)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>(302) 571-6642<br>apoff@ycst.com |
| OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP<br>Thomas J. Fleming<br>Herbert C. Ross, Jr.<br>65 East 55th Street<br>New York, New York 10022<br>(212) 451-2300 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>J. Allen Maines, Bar No. 466575<br>John G. Parker, Bar No. 562425<br>Albert M. Myers, Bar No. 002711<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308<br>(404) 815-2400 |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED this _____ day

of _____, 2006.

_____
U.S.D.J.