IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.<br><br>Plaintiff,<br><br>vs.<br><br>AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS and THEO VANDERBOOM<br><br>Defendants. | Civil Action No. 06-665 (***) |

### DEFENDANTS' APPLICATION FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendants, Arol Wolford, Sherwin Krug, Charles McRoberts, John McRoberts, Charles Pecchio, Jr., Laura Rogers and Theo Vanderboom, by and through the undersigned counsel, hereby request oral argument on their Motion to Dismiss for Failure to State a Claim (D.I. 13). Briefing on the motion was completed on December 22, 2006, and the parties' briefs were filed as Docket Items 14, 17 and 31.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ William D. Johnston

William D. Johnston (No. 2123)
Adam W. Poff (No. 3990)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6672
Email: msquire@ycst.com
*Attorneys for Defendants*

Of Counsel
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
J. Allen Maines, Georgia Bar No. 466575
John G. Parker, Georgia Bar No. 562425
Albert M. Myers, Georgia Bar No. 002711
Michael D. Grider, Georgia Bar No. 310473
600 Peachtree Street, Suite 2400
Atlanta, GA  30308
Telephone:   (404) 815-2400
Facsimile:    (404) 815-2424


Dated: December 28, 2006

## CERTIFICATE OF SERVICE

I, Monté T. Squire, hereby certify that on December 28, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Ian Connor Bifferato
> Linda Richenderfer
> Joseph K. Koury
> Bifferato, Gentilotti, Biden & Balick
> 1308 Delaware Ave.
> Wilmington, DE 19806

I further certify that on December 28, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Thomas J. Flemming
Herbert C. Ross, Jr.
Olshan, Grundman, Frome,
Rosenzweig, & Wolosky LLP
65 East 55th Street
New York, NY 10022

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_
William D. Johnston (No. 2123)
Adam W. Poff (No. 3990)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
apoff@ycst.com