2AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

AD HOC COMMITTEE OF EQUITY
HOLDERS OF TECTONIC NETWORK, INC.

**ALIAS SUMMONS IN A CIVIL CASE**

v.

AROL WOLFORD; SHERWIN KRUG;
CHARLES MCROBERTS; JOHN MCROBERTS;
CHARLES PECCHIO, JR.; LAURA ROGERS; and
THEO VANDERBOOM

CASE NUMBER: 06-665

TO: (Name and address of Defendant)

**Theo Vanderboom**
**4160 Poplar Spring Court**
**Norcross, GA 30017**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linda Richenderfer, Esquire
Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
Wilmington, DE 19806

an answer to the complaint which is served on you with this alias summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    12/15/06

CLERK                              DATE

(By) DEPUTY CLERK

2AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Alias Summons and complaint was made by me<sup>(1)</sup> | DATE<br>January 09. 2007 @ 8:40 PM |
| NAME OF SERVER *(PRINT)*<br>Rachel Bass | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4160 Poplar Spring Ct
Norcross, GA 30017
_Theo Vanderboom_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Return unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/09/07
            Date

*Signature of Server*   Rachel Bass

*Address of Server*

3070 Presidential Drive, Ste 148
Atlanta, GA 30340

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure