2AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC. | **ALIAS SUMMONS IN A CIVIL CASE** |
| v. | |
| AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM | CASE NUMBER: 06-665 |

TO: (Name and address of Defendant)

**John McRoberts**
**4109 Old Leeds Lane**
**Birmingham, AL  35213-3238**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linda Richenderfer, Esquire
Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
Wilmington, DE  19806

an answer to the complaint which is served on you with this alias summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                              12/15/06
_____                        _____
CLERK                                                            DATE

_____
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Alias Summons and complaint was made by me<sup>(1)</sup> | DATE<br>January 13, 2007 @ 10:10 am |
| NAME OF SERVER (PRINT)<br>Terry Sneed | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

    ☒  Served personally upon the defendant. Place where served:   John McRoberts
                                                                                                                             4109 Old Leeds Lane
                                                                                                                               Birmingham, Alabaam 35213-3238

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐  Return unexecuted: _____

☐  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   01/13/2007       *[signature]*
                Date                        Signature of Server

*Address of Server*

MID-SOUTH LEGAL SERVICES
Post Office Box 610008
Birmingham, Alabama 35261
(205) 326-0900

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure