2AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

AD HOC COMMITTEE OF EQUITY
HOLDERS OF TECTONIC NETWORK, INC.

**ALIAS SUMMONS IN A CIVIL CASE**

v.

AROL WOLFORD; SHERWIN KRUG;
CHARLES MCROBERTS; JOHN MCROBERTS;
CHARLES PECCHIO, JR.; LAURA ROGERS; and
THEO VANDERBOOM

CASE NUMBER: 06-665

TO: (Name and address of Defendant)

**Charles Pecchio, Jr.**
**15 Reynolds Lane**
**Kingston, GA  30145-2112**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linda Richenderfer, Esquire
Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
Wilmington, DE  19806

an answer to the complaint which is served on you with this alias summons, within <u>20</u> days after service of this summons
on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

PETER T. DALLEO

_____
CLERK

_____
(By) DEPUTY CLERK

DATE  12/15/06

2AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Alias Summons and complaint was made by me[1] | DATE January 13, 2007 @ 8:50 AM |
| NAME OF SERVER *(PRINT)* EARL GAYLE | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Charles Pecchio, Jr
15 Reynolds Lane, Kingston, Ga 30145

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Return unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/22/07
Date

*Signature of Server*

*Address of Server*

3070 Presidential Dr, Ste 148
Atlanta, GA 30340

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure