# BIFFERATO GENTILOTTI & BALICK, L.L.C.
*Attorneys at Law*

1308 DELAWARE AVENUE
POST OFFICE BOX 2165
WILMINGTON, DE 19899-2165

(302) 429-1900
TELECOPIER: (302) 429-8600

WRITER'S E-MAIL: CJT@BGBDE.COM

February 20, 2007

**VIA HAND DELIVERY**
TAQ Incorporated
874 Walker Road, Suite C
Dover, DE 19904

Re: <u>Ad Hoc Committee of Equity Holders of Tectonic Network, Inc. v. Wolford, et al.</u>
(D. Del. No. 06-665)

Dear Sirs and Madams:

We are attorneys for the plaintiff in the above-entitled action.

For purposes of service of the summons and complaint, and the demand for jury trial on defendant Charles McRoberts pursuant to *10 Del C. § 3114*, we herewith deliver by hand to you, the registered agent of Tectonic Network, Inc. in the State of Delaware, copies of the summons and complaint, demand for jury trial, and related documents in the referenced action. Mr. McRoberts is an officer and director of Tectonic Network, Inc. He has been a director of Tectonic Network, Inc. since August 2000.

Sincerely yours,

Chad J. Toms

cc: William D. Johnston, Esq. (via U.S. Mail)
Herbert C. Ross, Jr., Esq. (via U.S. Mail)

| PROOF OF SERVICE | | |
|---|---|---|
| **SERVED** Grizel Muniz @ 1:50 pm | **DATE** 2-20-07 | **PLACE** TAQ 874 WALKER RD DOVER, DE. |
| **SERVED ON (PRINT NAME)** TECHTONIC NETWORK | | **MANNER OF SERVICE** HAND delivery of Service |
| **SERVED BY (PRINT NAME)** JACK FAIRFULL | | **TITLE** COURIER / Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Complaint was served on the individuals listed and that the information contained in the Proof of Service is true and correct.

**Executed on:** 2-20-07
DATE

_Jack Fairfull_
SIGNATURE OF SERVER

15 East North Street
Dover DE 19901
ADDRESS OF SERVER