# *BIFFERATO GENTILOTTI & BALICK, L.L.C.*
*Attorneys at Law*

1308 DELAWARE AVENUE
POST OFFICE BOX 2165
WILMINGTON, DE 19899-2165

(302) 429-1900
TELECOPIER: (302) 429-8600

WRITER'S E-MAIL: CJT@BGBDE.COM

February 21, 2007

Clerk of the Court
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re: <u>Ad Hoc Committee of Equity Holders of Tectonic Network, Inc. v. Wolford, et al.</u>
(D. Del. No. 06-665)

Dear Clerk of Court:

      We are attorneys for the plaintiff in the above-entitled action, which was assigned to Judge Jordan until his re-assignment to the United States Court of Appeals for the Third Circuit. We are awaiting reassignment of the action to a current District Judge.

      We have attempted to serve the summons and complaint personally on defendant Charles McRoberts for months without success. For purposes of service of the summons and complaint, and the demand for jury trial on defendant Charles McRoberts pursuant to 10 <u>Del</u>. <u>C</u>. § 3114, we have caused to serve upon the registered agent of Tectonic Network, Inc. in the State of Delaware copies of the summons, complaint, and demand for jury trial in the referenced action. Mr. McRoberts is an officer and director of Tectonic Network, Inc. He has been a director of Tectonic Network, Inc. since 1990.

      In order to avoid any questions as to service of the summons and complaint on Charles McRoberts under 10 Del Ch. § 3114, we ask that the Clerk of Court of the United States District Court for the District of Delaware deposit in the United States Mail, by registered mail, postage prepaid, true and attested copies of the summons and complaint, and the demand for jury trial, together with a statement that service is being made pursuant to 10 <u>Del</u>. <u>C</u>. § 3114 on Charles McRoberts, addressed to Charles McRoberts at

    (1) Tectonic Network Inc.'s principal place of business at the following address:

    Tectonic Network, Inc.
    6621 Bay Circle Suite 170
    Atlanta, GA 30071

(2) Charles McRoberts' last known residential address which is as follows:

Charles McRoberts
7405 Princeton Trace NE
Atlanta, GA 30328

We are prepared to send an attorney or preferably a legal assistant from our offices to the Office of the Clerk of the Court to handle payment for the costs of copying, certification, and mailing. In this regard, Chadd Fitzgerald, a legal assistant in our office, will make himself available. His phone number is (302) 429-1900.

Respectfully submitted,

Chad J. Toms
(DE ID # 4155)

cc: William D. Johnston, Esq. (via U.S. Mail)
Herbert C. Ross, Jr., Esq. (via U.S. Mail)

2