OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 21, 2007

Charles McRoberts
Tectonic Network, Inc.
6621 Bay Circle Suite 170
Atlanta, GA 30071

Charles McRoberts
7405 Princeton Trace NE
Atlanta, GA 30328

RE: Ad Hoc Committee of Equity Holders of Tectonic Network Inc.,
v. Arol Wolford, Sherwin Krug, Charles McRoberts, et al.
Civ. No. 06-665 ***

To Whom it May Concern:

Enclosed please find certified copies the Complaint which includes a copy of the Magistrate Consent Notice and Civil Cover Sheet (D.I. #1), Demand for Jury Trial (D.I. #3), and an Alias Summons issued to Charles McRoberts, in the above styled case.

This service is being made in accordance with 10 Del. C. § 3114.

Very truly yours,

Ronald Golden
Deputy Clerk

Encls.

cc: Linda Richenderfer, Esq.
    Joseph Kendall Koury, Esq.
    Adam Wyatt Poff, Esq.