IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Ad Hoc Committee of Equity Holders of Tectonic Network Inc., )<br>)<br>Plaintiff,       )<br>)<br>v.            )<br>)<br>Arol Wolford, Sherwin Krug, )<br>Charles McRoberts, John McRoberts, )<br>Charles Pecchio, Jr., Laura )<br>Rogers, and Theo Vanderboom. )<br>)<br>Defendants. | Civ. No. 06-665 *** |

AFFIDAVIT

I, Ronald Golden, being first duly sworn, deposed and say that pursuant to 10 Del. C. § 3114, I did send on Febraury 21, 2007 by Registered Mail to the following individual at his respective addresses:

Charles McRoberts
Tectonic Network, Inc.
6621 Bay Circle Suite 170
Atlanta, GA 30071

Charles McRoberts
7405 Princeton Trace NE
Atlanta, GA 30328

a certified copy of the Complaint which includes a copy of the Magistrate Consent Notice and Civil Cover Sheet (D.I. #1), Demand for Jury Trial (D.I. #3), and an Alias Summons issued to Charles McRoberts, in the above styled case.

_____
Ronald Golden
Deputy Clerk

Sworn to and subscribed before me this 21st day of February, 2007.

_____
Ronald Eberhard
Deputy Clerk

D.I. # _____

# CIVIL ACTION NUMBER: 06-665 ***

U.S. POSTAL SERVICE
Registered MAIL RECEIPT(S)

**Receipt 1:**

Registered No. RR365995389US

| | |
|---|---|
| Reg. Fee | $7.90 |
| Handling Charge | $0.00 |
| Postage | $1.83 |
| Return Receipt | $1.85 |
| Restricted Delivery | $0.00 |
| Received by | [signature] |
| Customer Must Declare Full Value $ | $0.00 |

Date Stamp: RODNEY SQ. STA. WILMINGTON DE 19801, FEB 21 2007, 02/21/07 USPS

FROM: Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington DE 19801

TO: Charles McRoberts
7405 Princeton Trace NE
Atlanta, GA 30328

PS Form 3806, Receipt for Registered Mail — Copy 1 - Customer
May 2004 (7530-02-000-9051)

**Receipt 2:**

Registered No. RR365995375US

| | |
|---|---|
| Reg. Fee | $7.90 |
| Handling Charge | $0.00 |
| Postage | $2.07 |
| Return Receipt | $1.85 |
| Restricted Delivery | $0.00 |
| Received by | [signature] |
| Customer Must Declare Full Value $ | $0.00 |

Date Stamp: RODNEY SQ. STA. WILMINGTON DE 19801, FEB 21 2007, 02/21/07 USPS

FROM: Office of The Clerk
U.S. District Court of DE
844 N. King St. Lockbox 18
Wilmington, DE 19801

TO: Charles McRoberts
Tekfront Networks, Inc.
6621 Bay Circle Suite 170
Atlanta, GA 30071

PS Form 3806, Receipt for Registered Mail — Copy 1 - Customer
May 2004 (7530-02-000-9051)