# PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| Grizel Muniz @ 1:50 pm | 2-20-07 | TAQ 574 Walker Rd Dover, DE |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| TECHTONIC NETWORK | Hand delivery of service |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| JACK FAIRFULL | Courier / Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Complaint was served on the individuals listed and that the information contained in the Proof of Service is true and correct.

**Executed on:** 2-20-07
DATE

_Jack Fairfull_
SIGNATURE OF SERVER

15 East North Street
Dover DE 19901
ADDRESS OF SERVER