UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.<br><br>                Plaintiff,<br>vs.<br><br>AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS and THEO VANDERBOOM<br><br>                Defendants. | Civil Action No. 06-665 |

### REPLY DECLARATION OF JOHN McROBERTS

John McRoberts deposes and says:

1. I am a defendant in this action. I make this declaration in further support of the motion by the defendants to dismiss the complaint.

2. Since June 2004, my residence has been 122 Camp Creek Point, Panama City Beach, FL 32413. I am considered a resident of Florida for federal and state income taxation purposes. I am registered to vote in Florida, and am subject to jury duty in Florida. I pay property taxes in Florida. In addition, my car is registered in Florida.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ John McRoberts*
John McRoberts

LEGAL_US_E # 73799175.1

-1-

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on March 1, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Ian Connor Bifferato
> Linda Richenderfer
> Joseph K. Koury
> Bifferato, Gentilotti, Biden & Balick
> 1308 Delaware Ave.
> Wilmington, DE 19806

I further certify that on March 1, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> **BY FEDERAL EXPRESS**
>
> Thomas J. Flemming
> Herbert C. Ross, Jr.
> Olshan, Grundman, Frome,
> Rosenzweig, & Wolosky LLP
> 65 East 55th Street
> New York, NY 10022

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
William D. Johnston (No. 2123)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
apoff@ycst.com