D.I. # _____

# CIVIL ACTION
# NUMBER: 06 CV 665 xxx

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles McRoberts
Tectronic Networks Inc.
6621 Bay Circle Suite 170
Atlanta, GA 30071

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 2-26-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Number
(from service label)

11, August 2001    Domestic Return Receipt    102595-02-M-1540

06cv665 ***



(D) Scanned
FILED
MAR - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE