IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., | : : : : |
| Plaintiff, | : : |
| v. | : C. A. No. 06-665-*** : |
| AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS and THEO VANDERBOOM, | : : : : : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **13th** day of **March, 2007.**

IT IS ORDERED that a scheduling teleconference with Judge Thynge has been scheduled for **Friday, March 23, 2007 at 9:30 A.M. Eastern Time. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE