# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | | JOSEPH M. BARRY | MATTHEW B. LUNN |
| SHELDON N. SANDLER | ROBERT S. BRADY | THE BRANDYWINE BUILDING | SEAN M. BEACH | JOSEPH A. MALFITANO |
| RICHARD A. LEVINE | JOEL A. WAITE | 1000 WEST STREET, 17TH FLOOR | SANJAY BHATNAGAR | ADRIA B. MARTINELLI |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | WILMINGTON, DELAWARE  19801 | DONALD J. BOWMAN, JR. | MICHAEL W. MCDERMOTT |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | | JEFFREY T. CASTELLANO | TAMMY L. MERCER |
| RICHARD H. MORSE | CRAIG D. GREAR | P.O. BOX 391 | KARA HAMMOND COYLE | MARIBETH L. MINELLA |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | WILMINGTON, DELAWARE  19899-0391 | KRISTEN SALVATORE DEPALMA | EDMON L. MORTON |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | | MARGARET M. DIBIANCA | D. FON MUTTAMARA-WALKER |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | (302) 571-6600 | MARY F. DUGAN | JENNIFER R. NOEL |
| BARRY M. WILLOUGHBY | C. BARR FLINN | (800) 253-2234 (DE ONLY) | ERIN EDWARDS | ADAM W. POFF |
| JOSY W. INGERSOLL | NATALIE WOLF | FAX: (302) 571-1253 | KENNETH J. ENOS | SETH J. REIDENBERG |
| ANTHONY G. FLYNN | LISA B. GOODMAN | | IAN S. FREDERICKS | SARA BETH A. REYBURN |
| JEROME K. GROSSMAN | JOHN W. SHAW | | JAMES J. GALLAGHER | CHERYL A. SANTANIELLO |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | 110 WEST PINE STREET | SEAN T. GREECHER | (NJ & PA ONLY) |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | P.O. BOX 594 | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | GEORGETOWN, DELAWARE  19947 | DAWN M. JONES | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | (302) 856-3571 | KAREN E. KELLER | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | (800) 255-2234 (DE ONLY) | JENNIFER M. KINKUS | CHAD S.C. STOVER |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | FAX: (302) 856-9338 | EDWARD J. KOSMOWSKI | JOHN E. TRACEY |
| WILLIAM W. BOWSER | JOHN T. DORSEY | | JOHN C. KUFFEL | TRAVIS N. TURNER |
| LARRY J. TARABICOS | M. BLAKE CLEARY | WWW.YOUNGCONAWAY.COM | KAREN LANTZ | MARGARET B. WHITEMAN |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | | TIMOTHY E. LENGKEEK | SHARON M. ZIEG |
| MELANIE K. SHARP | DANIELLE GIBBS | DIRECT DIAL: (302) 571-6642 | ANDREW A. LUNDGREN | |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | DIRECT FAX:   (302) 576-3326 | | |
| RICHARD J.A. POPPER | NORMAN M. POWELL | apoff@ycst.com | SPECIAL COUNSEL | SENIOR COUNSEL |
| TERESA A. CHEEK | ELENA C. NORMAN | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| NEILLI MULLEN WALSH | | | KAREN L. PASCALE | |
| | | | PATRICIA A. WIDDOSS | OF COUNSEL |
| | | | | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

March 27, 2007

**BY ELECTRONIC FILING**

Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

      Re:    *Ad Hoc Committee of Equity Holders of Tectonic Network, Inc. v. Wolford, et al.*, C.A. No. 06-665- ***

Dear Magistrate Thynge:

      In follow-up to last week's teleconference in the above-captioned matter, I write to inform the Court that defendants hereby withdraw the portion of their Motion to Dismiss (D.I. 13) concerning insufficient service of process. Defendants do so without prejudicing the other grounds for dismissal of plaintiff's claims set forth in their Motion.

      Should Your Honor have any questions about the Motion or its supporting papers, counsel for defendants are available at the Court's convenience.

      Respectfully,

      /s/ *Adam W. Poff*

      Adam W. Poff (No. 3990)

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Honorable Mary Pat Thynge
March 27, 2007
Page 2

AWP
cc:   Clerk of the Court
      Linda Richenderfer, Esquire
      Michael Grider, Esquire

DB02:5868048.1                                                                 065840.1001