IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS And THEO VANDERBOOM<br><br>        Defendants. | Civil Action No. 06-665 (***) |

## STIPULATION AND PROPOSED ORDER

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 73.1, all parties to the above-captioned matter hereby stipulate, consent and agree, subject to the approval of the Court, that United States Magistrate Judge Mary Pat Thynge shall exercise civil jurisdiction over and rule upon Defendants' pending Motion to Dismiss (D.I. 13).

| BIFFERATO GENTILOTTI LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Linda Richenderfer | /s/ Adam W. Poff |
| Ian Connor Bifferato (No. 3273)<br>Linda Richenderfer (No. 4138)<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>(302) 429-1900<br>*lrichenderfer@bgbde.com*<br><br>OLSHAN GRUNDMAN FROME ROSENZWEIG &WOLOSKY LLP<br>Thomas J. Fleming<br>Herbert C. Ross, Jr.<br>65 East 55th Street<br>New York, New York 10022<br>(212) 451-2300<br><br>Attorneys for Plaintiff | William D. Johnston (No. 2123)<br>Adam W. Poff (No. 3990)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>(302) 571-6642<br>*apoff@ycst.com*<br><br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>J. Allen Maines<br>John G. Parker<br>Albert M. Myers<br>Michael Grider<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308<br>(404) 815-2400<br><br>Attorneys for Defendants |

SO ORDERED this ____ day of _____, 2007.

_____
U.S.M.J.