IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.<br><br>      Plaintiff,<br>vs.<br><br>AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS and THEO VANDERBOOM<br><br>      Defendants. | Civil Action No. 06-665 (***) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certify that copies of Initial Disclosures of Defendants Pursuant to Fed. R. Civ. Pr. 26(a)(1) were caused to be served on April 6, 2007 on the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

 Ian Connor Bifferato
 Linda Richenderfer
 Joseph K. Koury
 Bifferato, Gentilotti, Biden & Balick
 1308 Delaware Ave.
 Wilmington, DE 19806

**BY FEDERAL EXPRESS**

 Thomas J. Flemming
 Herbert C. Ross, Jr.
 Olshan, Grundman, Frome,
 Rosenzweig, & Wolosky LLP
 65 East 55th Street
 New York, NY 10022

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on April 6, 2007 upon the following counsel of record in the manner indicated:

### BY CM/ECF AND HAND DELIVERY

Ian Connor Bifferato
Linda Richenderfer
Joseph K. Koury
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Ave.
Wilmington, DE 19806

### BY FEDERAL EXPRESS

Thomas J. Flemming
Herbert C. Ross, Jr.
Olshan, Grundman, Frome,
Rosenzweig, & Wolosky LLP
65 East 55th Street
New York, NY 10022

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/*

William D. Johnston (No. 2123)
Adam W. Poff (No. 3990)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6672
Email: apoff@ycst.com

*Attorneys for Defendants*

OF COUNSEL:

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
J. Allen Maines, Georgia Bar No. 466575
John G. Parker, Georgia Bar No. 562425
Albert M. Myers, Georgia Bar No. 002711
Michael D. Grider, Georgia Bar No. 310473
600 Peachtree Street, Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424

Dated: April 6, 2007