IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM,<br><br>Defendants. | No. 06 – 665 (MPT) |

## NOTICE OF SERVICE

Please take notice that on the 26th day of April, 2007, copies of PLAINTIFF'S FIRST REQUEST TO DEFENDANTS FOR THE PRODUCTION OF DOCUMENTS were caused to be served on the parties listed on the attached service list via U.S. Mail.

BIFFERATO GENTILOTTI LLC

_____
Linda Richenderfer (#4138)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900

*Attorneys for Plaintiff Ad Hoc Committee of Equity Holders of Tectonic Network, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2007, a copy of the Notice of Service was caused to be served by first class mail, unless otherwise noted, upon the following:

Adam W. Poff, Esquire
William D. Johnston, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

By: _____
Linda Richenderfer (#4138)
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900