IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.<br><br>       Plaintiff,<br><br>  vs.<br><br>AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS and THEO VANDERBOOM<br><br>       Defendants. | Civil Action No. 06-665 (***) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certify that copies of Defendants' Objections and Responses to Plaintiff's First Request to Defendants for the Production of Documents were caused to be served on July 13, 2007, on the following counsel of record in the manner indicated below:

**BY U.S. FIRST CLASS MAIL & E-MAIL**

Ian Connor Bifferato
Linda Richenderfer
Joseph K. Koury
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Ave.
Wilmington, DE 19806

Herbert C. Ross, Jr.
Olshan, Grundman, Frome,
Rosenzweig, & Wolosky LLP
65 East 55th Street
New York, NY 10022

Additionally, the undersigned certifies that on July 16, 2007, this Notice of Service was served upon the following counsel as indicated:

**BY CM/ECF AND E-MAIL**

> Ian Connor Bifferato *[icb@bgbblaw.com]*
> Linda Richenderfer *[lrichenderfer@bgbblaw.com]*
> Bifferato, Gentilotti, Biden & Balick
> 1308 Delaware Ave.
> Wilmington, DE 19806

**BY E-MAIL**

> Thomas J. Flemming *[tfleming@olshanlaw.com]*
> Herbert C. Ross, Jr. *[hross@olshanlaw.com]*
> Olshan, Grundman, Frome,
> Rosenzweig, & Wolosky LLP
> 65 East 55th Street
> New York, NY 10022

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ |
| OF COUNSEL: | William D. Johnston (No. 2123) |
|  | Adam W. Poff (No. 3990) |
| **PAUL, HASTINGS, JANOFSKY & WALKER LLP** | Monté T. Squire (No. 4764) |
| J. Allen Maines, Georgia Bar No. 466575 | The Brandywine Building |
| John G. Parker, Georgia Bar No. 562425 | 1000 West Street, 17th Floor |
| Albert M. Myers, Georgia Bar No. 002711 | P.O. Box 391 |
| Michael D. Grider, Georgia Bar No. 310473 | Wilmington, DE 19899-0391 |
| 600 Peachtree Street, Suite 2400 | Tel: (302) 571-6672 |
| Atlanta, GA 30308 | Email: apoff@ycst.com |
| Tel: (404) 815-2400 |  |
|  |  |
| Dated: July 16, 2007 | *Attorneys for Defendants* |