IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 06-665-*** |
| AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS and THEO VANDERBOOM, | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **28th** day of **August, 2007**.

IT IS ORDERED that the teleconference scheduled for Thursday, August 30, 2007 at 8:30 a.m. EST has been **rescheduled** for **Tuesday, September 4, 2007 at 8:30 a.m. EST** with Magistrate Judge Thynge to address a discovery dispute. The schedule for filing submissions concerning the discovery dispute is **not** changed from the court's August 21, 2007 order. The moving party is to file its submission by Tuesday, August, 28, 2007. The responsive submission is to be filed by Wednesday, August, 29, 2007. **Linda Richenderfer, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery dispute.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the

Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE