IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., | : : : : |
| Plaintiff, | : : |
| v. | :  C. A. No. 06-665-*** |
| AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS and THEO VANDERBOOM, | : : : : : |
| Defendants. | : |

### ORDER

At Wilmington this **4th** day of **September, 2007**.

IT IS ORDERED that the rulings contained in the transcript of the teleconference of September 4, 2007 regarding a discovery dispute serve as an order in this matter.

IT IS FURTHER ORDERED that defendants shall produce a privilege log and provide the information request relating to the insurer's denial of coverage on of before **September 18, 2007.**

IT IS FURTHER ORDERED that counsel for defendant shall attempt to involve the insurance carrier, The Hartford, in the status teleconference presently scheduled for Friday, September 18, 2007 at 8:30 a.m.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the

Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE