IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    C. A. No. 06-665-*** <br> : |
| AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS and THEO VANDERBOOM, | : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**ORDER**

At Wilmington this **19th** day of **November, 2007**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, November 20, 2007 at 10:30 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE