IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM,<br><br>Defendants. | No. 06 - 665 |

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that, subject to the approval of the Court, the Scheduling Order entered on March 23, 2007 in this action is amended as follows:

1.  The first sentence in Paragraph 3(c) of the Scheduling Order is herby amended to provide as follows: All discovery in this case shall be initiated so that it will be completed on or before March 25, 2008 (i.e., an adjournment of two months from the original date of January 25, 2008).

2.  The first two sentences in Paragraph 3(d) of the Scheduling Order are amended to provide as follow: For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before January 30, 2008 (i.e., an adjournment of two months from the original date of November 30, 2007). The supplemental disclosure to contradict or rebut evidence on the same matter identified by

another party is due on or before March 4, 2008 (i.e., an adjournment of two months from the original date of January 4, 2008).

3. The first sentence in Paragraph 9 of the Scheduling Order is herby amended to provide as follows: All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before April 22, 2008 (i.e., an adjournment of two months from the original date of January 4, 2008).

Dated: December 27, 2007

| | |
|---|---|
| BIFFERATO GENTILOTTI LLC<br>Linda Richenderfer (No. 4138)<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19806<br>Telephone: 302-429-1900 | /s/ Adam W. Poff<br>YOUNG CONAWAY STARGATT&<br>TAYLOR, LLP<br>William D. Johnson (No. 2123)<br>Adam W. Poff (No. 3990)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6672 |
| - and - | |
| HERBERT C. ROSS, JR.<br>Olshan Grundmann Frome Rosenzweig & Wolosky LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, New York 1002<br>Telephone: (212) 451-2300 | PAUL HASTINGS, JANOFSKY & WALKER LLP<br>J. Allen Maines, Bar No. 466575<br>John G. Parker, Bar No. 562425<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308<br>Telephone: (404) 815-2400 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2007.

_____
Magistrate Judge Mary Pat Thynge

2