IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM, <br><br> Defendants. | No. 06 – 665 *** MPT |

## PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT SHERWIN KRUG

PLEASE TAKE NOTICE THAT, pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Ad Hoc Committee of Equity Holders of Tectonic Network, Inc will take the deposition of defendant Sherwin Krug, whose address is 4674 Chardonnay Court, Atlanta, Georgia 30338, on January 22, 2008, at 9:30 a.m., before a person authorized by law to administer oaths. The deposition will take place at the offices of Cohen Pollock Merlin & Small, P.C., at 3350 Riverwood Parkway, Suite 1600, Atlanta, Georgia 30339, and will be recorded stenographically.

563403-1

You are invited to attend and cross-examine.

Dated: January 10, 2008

*(signature)*

Ian Connor Bifferato (#3273)
Linda Richenderfer (#4138)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19806
Telephone: 302-429-1900
Facsimile: 302-429-8600

– and –

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Herbert C. Ross, Jr.
65 East 55th Street
New York, New York 10022
Telephone: 212-451-2300
Facsimile: 212-451-2222

*Attorneys for Plaintiff Ad Hoc Committee of Equity Holders of Tectonic Network, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2008, a copy of Notice of Deposition of Defendant Sherwin Krug was caused to be served upon the following in the manner indicated.

**VIA HAND DELIVERY**
William D. Johnson, Esquire
Adam W. Poff, Esquire
YOUNG CONAWAY STARGATT& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA U.S. MAIL**
J. Allen Maines, Esquire
John G. Parker, Esquire
PAUL HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

Linda Richenderfer (#4138)