IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM, <br><br> Defendants. | No. 06 – 665 *** MPT |

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that, subject to the approval of the Court, the Scheduling Order entered on March 23, 2007 in this action, as amended by the stipulation and order dated December 26, 2007 and signed by the Court on January 2, 2008, is further amended as follows:

1. The first sentence in Paragraph 3(c) of the Scheduling Order is herby amended to provide as follows: All discovery in this case shall be initiated so that it will be completed on or before July 25, 2008.

2. The first two sentences in Paragraph 3(d) of the Scheduling Order are amended to provide as follow: For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before April 30, 2008

The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before June 4, 2008

3. The first sentence in Paragraph 9 of the Scheduling Order is herby amended to provide as follows: All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before July 22, 2008

Dated: January 24, 2008

| | |
|---|---|
| /s/ signature | /s/ Adam W. Poff |
| Linda Richenderfer (No. 4138) | William D. Johnson (No. 2123) |
| BIFFERATO GENTILOTTI LLC | Adam W. Poff (No. 3990) |
| 800 N. King Street, Plaza Level | YOUNG CONAWAY STARGATT & |
| Wilmington, DE 19801 | TAYLOR, LLP |
| Telephone: 302-429-1900 | The Brandywine Building |
| | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 571-6672 |
| - and - | |
| | J. Allen Maines, Bar No. 466575 |
| Herbert C. Ross, Jr., Esquire | John G. Parker, Bar No. 562425 |
| Olshan Grundmann Frome Rosenzweig & | PAUL HASTINGS, JANOFSKY & WALKER |
| Wolosky LLP | LLP |
| Park Avenue Tower | 600 Peachtree Street, Suite 2400 |
| 65 East 55th Street | Atlanta, GA 30308 |
| New York, New York 1002 | Telephone: (404) 815-2400 |
| Telephone: (212) 451-2300 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2008.

_____
Magistrate Judge Mary Pat Thynge

2