IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AD HOC COMMITTEE OF EQUITY     :
HOLDERS OF TECTONIC, etc.

                                 :

        Plaintiff

                              : Civil Action No. 06-665 GMS

   v.

                                 :

AROL WOLFORD, et al.

                                 :

        Defendants

                                 :

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this ___14th___ of March 2008, the above-captioned case having been

previously referred to Magistrate Judge Mary Pat Thynge on December 4, 2007;

      IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Thynge

shall:

      1.  Hear and determine all motions to dismiss and motions for judgment on the pleadings

(by report and recommendation).

      2.  Hear and determine all discovery disputes.

      3.  Conduct alternate dispute resolution.

                                                                                                                  
CHIEF, UNITED STATES DISTRICT JUDGE

```
  FILED

MAR 1 4 2008

  U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```