IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR; LAURA ROGERS; And THEO VANDERBOOM,<br><br>Defendants. | Case No. 06-665-GMS-MPT |

### STIPULATION AND ORDER REGARDING TIMING OF AMENDED COMPLAINT AND RESPONSE THERETO

WHEREAS the Court's Memorandum Order dated the 21st day of May 2008 granted Plaintiff leave to amend its Complaint; and

WHEREAS the Order does not set forth a date by which said amended complaint is to be filed.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys and subject to the approval of the Court, that Plaintiff shall file its amended complaint on or before Tuesday, June 10, 2008 and the Defendants' response thereto shall be filed on or before Friday, June 20, 2008. Nothing herein shall be deemed an agreement by Plaintiff that Defendants' response to the amended complaint may be anything other than an answer to the amended complaint.

| | |
|---|---|
| *(signature)* | /s/ Adam W. Poff |
| Linda Richenderfer (No. 4138) | William D. Johnston (No. 2123) |
| BIFFERATO GENTILOTTI LLC | Adam W. Poff (No. 3990) |
| 800 N. King Street, Plaza Level | YOUNG CONAWAY STARGATT & |
| Wilmington, DE 19801 | TAYLOR LLP |
| Telephone: (302) 429-1900 | The Brandywine Building |
| | 1000 West Street, 17th Floor |
| | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |
| - and - | Telephone: (302) 571-6642 |
| Herbert C. Ross, Jr. Esquire | J. Allen Maines, Georgia Bar No. 466575 |
| Olshan Grundman Frome Rosenzweig & | John G. Parker, Georgia Bar No. 562425 |
| Wolosky LLP | PAUL, HASTINGS, JANOFSKY & |
| Park Avenue Tower | WALKER LLP |
| 65 East 55th Street | 600 Peachtree Street, Suite 2400 |
| New York, New York 10022 | Atlanta, GA 30308 |
| Telephone: (212) 451-2300 | Telephone: (404) 815-2400 |
| | Facsimile: (404) 815-2424 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2008.


_____
Judge Gregory M. Sleet