IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR; LAURA ROGERS; And THEO VANDERBOOM,<br><br>Defendants. | Case No. 06-665-GMS-MPT |

**STIPULATION AND ORDER REGARDING TIMING OF
AMENDED COMPLAINT AND RESPONSE THERETO**

WHEREAS the Court's Memorandum Order dated the 21st day of May 2008 granted Plaintiff leave to amend its Complaint; and

WHEREAS the Order does not set forth a date by which said amended complaint is to be filed.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys and subject to the approval of the Court, that Plaintiff shall file its amended complaint on or before Tuesday, June 10, 2008 and the Defendants' response thereto shall be filed on or before Friday, June 20, 2008. Nothing herein shall be deemed an agreement by Plaintiff that Defendants' response to the amended complaint may be anything other than an answer to the amended complaint.

[signature]
Linda Richenderfer (No. 4138)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900

- and –

Herbert C. Ross, Jr. Esquire
Olshan Grundman Frome Rosenzweig &
Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: (212) 451-2300

*Attorneys for Plaintiff*

/s/ Adam W. Poff
William D. Johnston (No. 2123)
Adam W. Poff (No. 3990)
YOUNG CONAWAY STARGATT &
TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6642

J. Allen Maines, Georgia Bar No. 466575
John G. Parker, Georgia Bar No. 562425
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424

*Attorneys for Defendants*

IT IS SO ORDERED this ___4___ day of ___June___, 2008.

[signature]
~~Judge Gregory M. Sleet~~
Magistrate Judge

2