UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM, <br><br> Defendants. | No. 06-665-GMS-MPT |

### PLAINTIFF'S MOTION TO STRIKE PORTIONS OF DEFENDANTS' ANSWER AND TO DISMISS THE THIRTY SIXTH DEFENSE

Plaintiff, by the undersigned counsel, respectfully move pursuant to Rules 9(b),12(b)(6) and 12(f) of the Federal Rules of Civil Procedure to (a) strike that part of Paragraph 1 of the Answer from and including the sentence beginning, "Two members of the Plaintiff, Harris Friedman and Sharon Will, have been accused of securities fraud previously...", through the end of Paragraph 1, and (b) strike and dismiss the Thirty Sixth Defense and all of the counterclaims alleged in the Thirty Sixth Defense. The grounds for this Motion are fully set forth in the accompanying brief, served and filed contemporaneously herewith.

Dated:   July 10, 2008

Respectfully submitted,

*[signature]*

Ian Connor Bifferato (#3273)
Linda Richenderfer (#4138)
**BIFFERATO GENTILOTTI LLC**
800 N. King Street, First Floor
Wilmington, DE 19801
Telephone: 302-429-1900
Facsimile: 302-429-8600

-and-

**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**

Thomas J. Fleming
Herbert C. Ross, Jr.
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone:  (212) 451-2300
Facsimile: (212) 451-2222

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2008, a copy of the foregoing PLAINTIFF'S MOTION TO STRIKE PORTIONS OF DEFENDANTS' ANSWER AND TO DISMISS THE THIRTY SIXTH DEFENSE will be caused to be served upon the following in the manner so indicated:

**VIA CM/ECF ELECTRONIC FILING**
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
William D. Johnson (No. 2123)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**VIA FIRST CLASS MAIL**
PAUL HASTINGS, JANOFSKY &
WALKER LLP
J. Allen Maines, Bar No. 466575
John G. Parker, Bar No. 562425
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

Linda Richenderfer (#4138)