IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.<br><br>                     Plaintiff,<br>vs.<br><br>AROL WOLFORD, SHERWIN KRUG, CHARLES McROBERTS, JOHN McROBERTS, CHARLES PECCHIO, JR., LAURA ROGERS and THEO VANDERBOOM<br><br>                     Defendants. | Civil Action No. 06-665-GMS-MPT |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certify that copies of (1) Notice of Deposition of Plaintiff Ad Hoc Committee of Equity Holders of Tectonic Network, Inc., By and Through Its Member the Dutchess Foundation, (2) Notice of Deposition of Plaintiff Ad Hoc Committee of Equity Holders of Tectonic Network, Inc., By and Through Its Member Bridge Ventures, Inc., By and Through Its Member, Harris Freedman, (3) Notice of Deposition of Plaintiff Ad Hoc Committee of Equity Holders of Tectonic Network, Inc., By and Through Its Member Don Will, and (4) Notice of Deposition of Plaintiff Ad Hoc Committee of Equity Holders of Tectonic Network, Inc., By and Through Its Member Albert Saphier were caused to be served on July 24, 2008, on the following counsel of record in the manner indicated below:

**BY U.S. FIRST CLASS MAIL & E-MAIL**

    Linda Richenderfer
    Bifferato, Gentilotti, Biden & Balick
    1308 Delaware Ave.
    Wilmington, DE 19806

Herbert C. Ross, Jr.
Olshan, Grundman, Frome,
Rosenzweig, & Wolosky LLP
65 East 55th Street
New York, NY 10022

Additionally, the undersigned certifies that on July 24, 2008, this Notice of Service was served upon the following counsel as indicated:

### BY CM/ECF AND E-MAIL

Ian Connor Bifferato *[icb@bgbblaw.com]*
Linda Richenderfer *[lrichenderfer@bgbblaw.com]*
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Ave.
Wilmington, DE 19806

### BY E-MAIL

Thomas J. Flemming *[tfleming@olshanlaw.com]*
Herbert C. Ross, Jr. *[hross@olshanlaw.com]*
Olshan, Grundman, Frome,
Rosenzweig, & Wolosky LLP
65 East 55th Street
New York, NY 10022

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | */s/ Adam W. Poff*<br>William D. Johnston (No. 2123)<br>Adam W. Poff (No. 3990) |
| **PAUL, HASTINGS, JANOFSKY & WALKER LLP**<br>J. Allen Maines, Georgia Bar No. 466575<br>John G. Parker, Georgia Bar No. 562425<br>Albert M. Myers, Georgia Bar No. 002711<br>Michael D. Grider, Georgia Bar No. 310473<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308<br>Tel: (404) 815-2400 | Monté T. Squire (No. 4764)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Tel: (302) 571-6672<br>Email: apoff@ycst.com |
| Dated: July 24, 2008 | *Attorneys for Defendants* |