IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR.; LAURA ROGERS; and THEO VANDERBOOM,<br><br>Defendants. | No. 06 - 665-GMS-MPT |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that plaintiff's time to serve and file any papers in reply to the opposition filed by defendants to the motion of plaintiff for an order striking portions of defendants' Answer and to dismiss the Thirty Sixth Defense in defendants' Answer is adjourned to and including September 3, 2008.

Dated: August 4, 2008

| | |
|---|---|
| /s/ Linda Richenderfer<br>BIFFERATO GENTILOTTI LLC<br>Linda Richenderfer (No. 4138)<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19806<br>Telephone: 302-429-1900<br><br>- and -<br><br>HERBERT C. ROSS, JR.<br>Olshan Grundmann Frome Rosenzweig &<br>Wolosky LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, New York 1002<br>Telephone: (212) 451-2300<br><br>*Attorneys for Plaintiff* | /s/ Adam W. Poff<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>William D. Johnson (No. 2123)<br>Adam W. Poff (No. 3990)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6672<br><br>PAUL HASTINGS, JANOFSKY & WALKER<br>LLP<br>J. Allen Maines, Bar No. 466575<br>John G. Parker, Bar No. 562425<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308<br>Telephone: (404) 815-2400<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2008.

_____
Magistrate Judge Mary Pat Thynge