IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY HOLDERS OF TECTONIC NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> AROL WOLFORD; SHERWIN KRUG; CHARLES MCROBERTS; JOHN MCROBERTS; CHARLES PECCHIO, JR; LAURA ROGERS; And THEO VANDERBOOM, <br><br> Defendants. | Case No. 06-665-GMS-MPT |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Linda Richenderfer as counsel on behalf of the Ad Hoc Committee of Equity Holders of Tectonic Network, Inc. in the above-captioned action; and

PLEASE ENTER the appearance of Ian Connor Bifferato and Raj Srivatsan as counsel on behalf of the Ad Hoc Committee of Equity Holders of Tectonic Network, Inc. in the above-captioned action.

PLEASE NOTE that Herbert C. Ross of Olshan Grundman Frome Rosenzweig & Wolosky LLP will continue as counsel of record for the Ad Hoc Committee of Equity Holders of Tectonic Network, Inc.

Dated: August 21, 2008                    BIFFERATO GENTILOTTI LLC

/s/ Ian Connor Bifferato
Ian Connor Bifferato (#3273)
Raj Srivatsan (#4917)
800 North King Street, First Floor
Wilmington, DE 19801

1

## CERTIFICATE OF SERVICE

I, Ian Connor Bifferato, Esquire, hereby certify that on this, the 21st day of August, 2008, copies of the foregoing SUBSTITUTION OF COUNSEL were caused to be served upon the following via U.S. Mail:

Herbert C. Ross, Jr. Esquire
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022

William D. Johnston, Esquire
Adam W. Poff, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

J. Allen Maines, Esquire
John G. Parker, Esquire
PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, Suite 2400
Atlanta, GA  30308

/s/ Ian Connor Bifferato
Ian Connor Bifferato (#3273)